**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID PIERCE,<br><br>   Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA; AECOM TECHNOLOGY CORPORATION; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.: 13cv2022-MMA(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 27] |

The parties jointly move to dismiss the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41. Upon considering the joint motion and for good cause shown, the Court **GRANTS** the joint motion and **ORDERS** as follows:

1. The above-captioned action is dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

2. This dismissal with prejudice is made pursuant to a separate Stipulation for Compromise Settlement and Release (the "Settlement Agreement") between the Plaintiff, Defendants and their attorneys;

3. This dismissal with prejudice results from a compromise settlement of disputed claims and does not constitute any admission of liability or fault on the part of the Defendants or their agencies, facilities, agents or employees, in reference to the events alleged in the Complaint or otherwise;

1

  4. All the terms and conditions of the settlement have been satisfied;

  5. Each party will bear its own costs, expenses and fees; and

  6. This Court shall not retain jurisdiction over this action, the settlement or any other matter pertaining to this action or the settlement.  The Clerk of Court is instructed to terminate the case.

  **IT IS SO ORDERED.**

DATED: July 21, 2014

             Hon. Michael M. Anello
             United States District Judge